

FILED
2017 Aug-18  AM 08:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT 1

28471184 v1

| State of Alabama<br>Unified Judicial System<br><br>Form C-34          Rev. 7/2016 | **SUMMONS<br>-CIVIL-** | **Court Case Number**<br>CN- 2017-**218** |
|---|---|---|

IN THE _Circuit_ COURT OF _Tuscaloosa_ COUNTY, ALABAMA
<br>(Circuit, District, or Juvenile)          (Name of County)

_Melissa Russell_          v.          _Sychrony Financial_

_____[Name(s) of Plaintiff(s)]_____          _____[Name(s) of Defendant(s)]_____

NOTICE TO: _Sychrony Financial I/c Jonathan Mothner_
<br>_777 Long Ridge Rd Stamford, CT 06902_          _General Counsel_
<br>[Name(s) of Defendant(s)]

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), _Pro, Se_ WHOSE
<br>[Name(s) of Attorney(s)]

ADDRESS(ES) IS/ARE: _19  41st  Street East_
<br>_Tuscaloosa, AL 35405_
<br>[Address(es) of Plaintiff(s) or Attorney(s)]

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN _30_ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENTS.

---

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of _____
<br>[Name(s)]

pursuant to the Alabama Rules of Civil Procedure.
<br>_07 | 13 | 2017_          _Magaria H. Bobo_ By: _LA_
<br>(Date)          (Signature of Clerk)

☐ Certified Mail is hereby requested.          _____
<br>(Plaintiff's/Attorney's  Signature)

---

### RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on_____.
<br>(Date)

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____in_____County,
<br>(Name)          (Name of County)

Alabama on_____.
<br>(Date)

_____          _____
<br>(Type of Process Server)          (Address of Server)

          _____
<br>          (Phone Number of Server)

| State of Alabama<br>Unified Judicial System<br><br>Form ARCIv-93   Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT – CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>C V 2017 218 - <br>Date of Filing:   Judge Code:<br>Month   Day   Year |
|---|---|---|

## GENERAL INFORMATION

IN THE CIRCUIT COURT OF _Tuscaloosa, Alabama_, ALABAMA
_(Name of County)_

_Melissa Russell_ v. _Synchrony Bank financial_
Plaintiff                                       Defendant

First Plaintiff  ☐ Business  ☑ Individual       First Defendant  ☑ Business  ☐ Individual
☐ Government  ☐ Other                             ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

TORTS: PERSONAL INJURY
☐ WDEA - Wrongful Death
☑ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☑ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

TORTS: PERSONAL INJURY
☐ TOPE - Personal Property
☐ TORE - Real Property

OTHER CIVIL FILINGS
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Services

OTHER CIVIL FILINGS (cont'd)
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/
         Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction
         Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ CCMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN** (check one):   F ☑ INITIAL FILING      A ☐ APPEAL FROM      O ☐ OTHER:
                                                    DISTRICT COURT
                         R ☐ REMANDED             T ☐ TRANSFERRED FROM
                                                    OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?**  ☑ YES ☐ NO    Note: Checking "Yes" does not constitute a demand for a
                                                  jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:**  ☑ MONETARY AWARD REQUESTED      ☐ NO MONETARY AWARD REQUESTED

ATTORNEY CODE: _____
Date _7/11/17_                                  Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:**   ☐ YES  ☐ NO  ☑ UNDECIDED

**IN THE TUSCALOOSA COUNTY CIRCUIT COURT OF LAW**

MELISSA A. RUSSELL, Pro Se                )

    PLAINTIFF                )

                         )                CASE NUMBER  CN-2017-218

VS

                         )

SYNCHRONY FINANCIAL                )

    DEFENDANT                )

**COMPLAINT**

COME NOW Plaintiff, Melissa Russell, Pro Se, bringing forth the following cause of action and alleges the following:

1. Plaintiff is an individual, over the age of 19 and resident of Tuscaloosa, Alabama.

2. Defendant is a corporation and at the time of this complaint, headquartered in Stamford, Connecticut.

3. On or about November 6, 2015, plaintiff opened her first account with Care Credit which is distributed by means of Synchrony Financial.

4. Thereafter, from on or about December 21, 2015 up to March 5, 2017, the plaintiff was approved for a total of six credit card accounts which were distributed by means of Synchrony Financial. The accounts were as follows, in the order in which they were opened:  Care Credit; Walmart, Lowes, Belk, Chevron, and BP Gas.

5. The plaintiff was paying on each account listed in #4, on time and as instructed by means of her credit card agreement.

6. On or about August 19, 2016, the plaintiffs Chevron credit card, received a credit limit decrease. The plaintiff called the defendant and was told that the answer would be coming in the mail and that they had no explanation.  The Plaintiff never received an explanation in the mail. The plaintiff asked that the defendant close this account, due to the fact that they had misrepresented and reported false information to a third party.

7. On or about September 6, 2016, the defendant lowered the plaintiffs Lowes Credit Card Account, The plaintiff never received such letter of explanation. The account was left open. The plaintiff used and paid the account as per the credit card agreement. The defendant closed the account for no explained reason. The plaintiff later discovered, by

means of a potential creditor, that the account had been closed and a false negative statement attached to her credit file by the defendant.

8. On or about September 13, 2016, the plaintiff called the defendant and was given several different phone numbers to contact each of the defendants creditors to kindly ask that no reviews of the plaintiffs accounts be done to either increase or decrease the set credit balance. Each of the defendants creditors agreed and stated they did as the plaintiff had asked. The only creditor who asked why and wondered about the plaintiffs decision was Care Credit. At first the plaintiff was told this was not allowed; After the agent at Care Credit placed the plaintiff on hold for 12 minutes, he came back and stated that he had learned something new and that they were able to do this request for the plaintiff.

9. On or about April 22, 2017, the plaintiff went into one of the defendants creditors stores and was embarrassed due to the credit card being closed by the defendant without notification or reasonable cause to do so. The plaintiff stood in line at the Belk Department store and burst into tears in front of the line of shoppers and the casher. This embarrassing scene led to the plaintiff becoming discombobulated to the degree that the plaintiff had to call a relative to pick her up from the store.

10. On or about April 24, 2017 the plaintiff went to her online accounts issued by Synchrony Financial and discovered that two of her accounts had been closed by the defendant and reported in a negative way to a third party for apparent discriminatory reasons and one of her accounts, received a decreased credit limit and was reported negatively to a third party.  The defendant later sent the plaintiff a new set of credit cards, even though they had closed the account and falsely reported a negative rating to the credit bureau.

11. The plaintiff was very distraught and felt unworthy, worthless and depressed. Medicine had to be issued by the plaintiff psychiatrist for anxiety and depression.

12. The plaintiff received one letter of explanation from the defendant in regards to the Walmart account on or around April 30, 2017.

13. On or around May 2, 2017, the plaintiff wrote a letter to the defendant and contacted eight officers of staff to express how devastating and depressing this situation has been and asked for non-monetary action.

14. On or around May 23, 2017, the plaintiff received a written letter from the defendants representative, Ashley Lewis, stating that the plaintiffs requests had all been denied. The defendant stuck to their false reports and the defendant continued to report false information to a third party.

Plaintiff brings forth the following counts and allegations supporting her cause of action:

## COUNT 1  -  NEGLIGENCE

Defendant failed to perform the duties according to the credit agreement pertaining to the six credit accounts it approved the plaintiff to have in her possession.  The defendant states that it "is not a credit bureau; therefore, we are unable to comment on how the actions taken on *your accounts may affect your credit score." The defendants are negligent in making that* statement. The defendant's credit card agreement states that "We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be shown in your credit report. Tell us if you think we reported wrong information about you to a credit bureau." The plaintiff was never late, never missed a payment and never defaulted on any account with the defendant. The plaintiff is fully aware that the defendants are not a credit bureau; The defendant, however, clearly knows that the credit bureau is not a standalone entity. The credit bureau is fed information from the defendant. The defendant was notified of their negligence and failed to correct the false and negligent acts. Based on the facts the defendant stated "Synchrony Bank evaluates credit accounts based on a sound credit scoring system...this score predict the probability an account will be paid in accordance with its terms..." Several accounts that were closed by the defendant did not have a balance, so how could probability cause the defendant to close an account that no longer had a balance, was paid on time or paid off in full? This ongoing negligent behavior is malicious and egregious.

## COUNT 2  -  DEFAMATION OF CHARACTER

Defendant has defamed the character of the plaintiff by providing false and misleading information to an entity that reports to others about the plaintiffs worthiness.  The defendant use their otherwise legitimate access to a computer system to engage in improper, negligent and malicious activities. *Because of the defendants malicious and defaming actions* electronically otherwise, the defendant implicated the plaintiffs unworthiness thus causing other creditors to deny the Plaintiff and deem her unworthy. The defendants malicious behavior injured the plaintiffs reputation.

## COUNT 3  -  DISCRIMINATION

The defendant has acted in a discriminatory manner in the way they have dealt with the plaintiff and her credit.  The plaintiffs Care Credit account issued by Synchrony Financial has the highest APR and it lists the applicants race, sex, nationality, etc...while the defendant had *deemed the plaintiff unworthy for the other accounts, they deemed her worthy of an increase* for this one.  The defendant targeted the plaintiff. The defendant illegally obtained discriminating information and used it in a discriminating way against the plaintiff.  If the defendant was within legal rights and lawfully abiding by its own credit agreement, why would they allow ANY accounts of the plaintiff to remain open and in good standing? The Equal Credit *Opportunity Act prohibits creditors from discriminating against credit applicants who exercise*

their rights, in good faith, under the FCBA. The plaintiff was discriminated against, as well, because she openly voiced her disagreement with the defendant. The defendant targeted her accounts every since that first contact.

## COUNT 4 - PRIVACY VIOLATION

The defendant, by their own admittance, repeatedly pulled information and records about the plaintiff without her expressed consent and without reason. The plaintiff had expressly opted out of this option as long as the accounts were in good standing.  All of the plaintiff accounts were in excellent standing. The plaintiff was not behind on any credit account. The plaintiff did not request any increases of credit.  The plaintiff did not miss one payment. The plaintiff did not relocate. In the defendants own admittance, "Information obtained from your TransUnion credit file was the determining factor in our decision to close your Belk Rewards Card account ending in 8609..." The plaintiff had six established accounts with the defendant, all in good standing. There was no suspicious activity within the accounts and therefore, no additional information was necessary about the plaintiff.

## COUNT 5 - EMOTIONAL DISTRESS

For the past two years the defendant openly caused the plaintiff unnecessary distress causing Plaintiff to seek medical attention on three occasions and be issued prescribed medicine for stress, anxiety and depression. The plaintiff suffered sleepless nights, numerous tears of distress, feelings of worthlessness, anxiety, and emotional turmoil, in addition to being turned down for a home loan and other credit rejections, because the defendant knowingly, negligently and purposefully discriminated against and falsely reported negative information about the plaintiff to a public institution in which millions have access. The plaintiff is constantly haunted by the notifications from her credit file of reduced ratings, closed accounts, decreased limits issued by Synchrony Financial. The defendant has used unlawful, unethical and illegal means to create distress for the plaintiff.

## DAMAGES

WHEREFORE, Plaintiff seeks compensatory damages in the amount of $60,000 and $500,000 in punitive damages, due to the defendants egregious conduct and malicious behavior. The Plaintiff seeks to have defendant remove all false and negative remarks from her credit file that they falsely placed in writing or via computer access. The Plaintiff seeks repayment of any fees, court cost, or other expenses related directly to this lawsuit.

Plaintiff requests a trial by jury.

Dated this 11th day of July 2017

Pro Se

Melissa Russell

19 41st Street East

Tuscaloosa, AL  35405

(205) 242-9462

Synchrony Financial

Jonathan Mothner, General Counsel

777 Long Ridge Road

Stamford, CT  06902

Synchrony Financial

Margaret Keane, President/CEO

777 Long Ridge Road

Stamford, CT. 06902

CC:   FILE;  COURT

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**For delivery information, visit our website at *www.usps.com®.***

OFFICIAL USE

Certified Mail Fee

$

Extra Services & Fees *(check box, add fee as appropriate)*

☐ Return Receipt (hardcopy)          $ _____
☐ Return Receipt (electronic)         $ _____
☐ Certified Mail Restricted Delivery   $ _____
☐ Adult Signature Required            $ _____
☐ Adult Signature Restricted Delivery  $ _____

Postmark
Here

Postage

$

Total Postage and Fees

$ 6.77                    D001

Sent To  Synchrony Financial

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

7016 0600 0000 0826 5510

IN THE CIRCUIT COURT FOR TUSCALOOSA COUNTY, ALABAMA

MELISSA RUSSELL,                          )
                                          )
Plaintiff,                                )
                                          )
Vs.                                       )        No. CV-2017-218
                                          )
SYNCHRONY FINANCIAL;                      )
LOWES COMPANY;                            )
WALMART COMPANY;                          )
BELK COMPANY                              )
                                          )
Defendants                                )
                                          )

## PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES NOW the Plaintiff, MELISSA RUSSELL, for their cause of action against the added defendants, LOWES COMPANY, WALMART COMPANY and BELK COMPANY; respectfully state to the court as follows:

1.  Plaintiff, Melissa Russell is a resident of Tuscaloosa, Alabama over the age of 19.
2.  Defendants Lowes Co, Walmart Co and Belk Co, did hire Synchrony Financial to act on behalf of their company to issue credit cards for their stores.
3.  Defendants Lowes Co, Walmart Co, and Belk Co are Vicariously Liable (Respondeat Superior) and responsible for the malicious, negligent actions of its third party as its employee or independent contractor.
4.  Defendants Lowes Co, Walmart Co, and Belk Co are aware of the torts in which Synchrony Financial are committing; yet the defendants failed to ensure that the plaintiff and others were no longer injured by the negligence of Synchrony Financial.
5.  Defendant Lowes Co, Walmart Co, and Belk Co is liable and holds the responsibility of Synchrony Financial because they had the right, ability, or duty to control the activities of their third party, Synchrony Financial, and to prevent them from causing further injury.
6.  All Defendants are negligent in that they have a duty of care toward the Plaintiff but has failed to live up to that standard, causing the Plaintiff unwarranted injuries.

WHEREFORE, the Plaintiff respectfully requests:

1. A jury try this case.
2. In addition to the compensatory damages requested in the Plaintiffs original complaint against Synchrony Financial, that Plaintiff be awarded compensatory damages by defendants Lowes Co, Walmart Co and Belk Co, as deemed appropriate by the Court.
3. In addition to the punitive damages requested in the Plaintiffs original complaint against Synchrony Financial, that Plaintiff be awarded punitive damages by defendants Lowes Co, Walmart Co and Belk Co, as deemed appropriate by the Court.
4. Court fees and other associated costs be the responsibility of all defendants.
5. Such further relief as the Court deem proper.

Respectfully submitted,

Melissa Russell, Pro Se
19 41st Street East
Tuscaloosa, AL 35405
205-242-9462

Synchrony Financial
c/o Jonathan Mothner, General Counsel
777 Long Ridge Road
Stamford, CT. 06902

Walmart Company
c/o Doug McMillon, CEO/President
702 SW 8th Street
Bentonville, AR 72716

Lowes Company
c/o Robert Niblock, CEO/President
1000 Lowes Boulevard
Mooresville, NC 28117

Belk Company
c/o Lisa Harper, CEO/ President
2801 W Tyvola Road
Charlotte, NC 28217

IN THE CIRCUIT COURT FOR TUSCALOOSA COUNTY, ALABAMA

MELISSA RUSSELL,                    )
                                    )
Plaintiff,                          )
                                    )
Vs.                                 )        No. CV-2017-218
                                    )
SYNCHRONY FINANCIAL                 )
                                    )
Defendant                           )
                                    )

## PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT

COMES NOW the Plaintiff, MELISSA RUSSELL, respectfully to the Honorable Court to grant leave, thereby permitting Plaintiff to file a First Amended Complaint, and state as follows:

1. Plaintiff's filed their Complaint in this Court on July 12, 2017.
2. Plaintiff's wish to add as Defendants: Lowes, Inc; Walmart; and Belk Stores.
3. Plaintiff's wish to add additional damages.

In accordance with the Alabama Rule of Civil Law, a copy of the proposed First Amended Complaint accompanies this motion. The proposed amendment, poses no surprise or prejudice to any party. This motion is timely and should be granted in accordance with Alabama Law.

Respectfully submitted,

Melissa Russell, Pro Se
19 41st Street East
Tuscaloosa, AL 35405
205-242-9462

## CERTIFICATE OF SERVICE

I,Melissa Russell, do hereby certify that I have this day mailed by U. S. Mail, postage prepaid, a true and correct copy of the above and foregoing to Synchrony Financial in care of Jonathan Mothner, General Counsel, defendant.

This the 17th day of July , 20 17 .

Sincerely,

Melissa Russell, Pro Se
19 41st Street East
Tuscaloosa, AL 35405
205-242-9462

Synchrony Financial
c/o Jonathan Mothner, General Counsel
777 Long Ridge Road
Stamford, CT. 06902

*original*

| State of Alabama<br>Unified Judicial System<br><br>Form C-34      Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | **Court Case Number**<br><br>CV-2017-218 |
|---|---|---|

**IN THE** ___CIRCUIT___ **COURT OF** ___TUSCALOOSA___ **COUNTY, ALABAMA**
*(Circuit, District, or Juvenile)*      *(Name of County)*

MELISSA RUSSELL     **v.**     SYNCHRONY FINANCIAL, WALMART CO. ,
_____    LOWES CO. AND BELK CO.
*[Name(s) of Plaintiff(s)]*         *[Name(s) of Defendant(s)]*

**NOTICE TO:** Synchrony Financial c/o Jonathan Mothner  777 Long Ridge Rd Stamford, CT 06902
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Melissa Russell_____, WHOSE
*[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE:  19  41st Street East Tuscaloosa, AL 35405_____

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN___30___DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of Melissa Russell
*[Name(s)]*
pursuant to the Alabama Rules of Civil Procedure.

___07/19/2017___  *Magaria H. Bobo*  By: ___LA___
*(Date)*      *(Signature of Clerk)*      *(Name)*

☐ Certified Mail is hereby requested.

_____
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on_____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____

_____ in _____ County,
*(Name of County)*

_____

_____
*(Address of Server)*

_____
*(Phone Number of Server)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $_____
☐ Return Receipt (electronic)  $_____
☐ Certified Mail Restricted Delivery  $_____
☐ Adult Signature Required  $_____
☐ Adult Signature Restricted Delivery  $_____
Postage
$
Total Postage and Fees  $ 7.00

Sent To  Synchrony Financial
Street and Apt. No., or PO Box No.
City, State, ZIP+4

PS Form 3800, April 2015 PSN 7530-02-000-9047      See Reverse for Instructions

7016 0600 0000 4851 8233

Postmark Here

SUMMONS & Amended Complaint

D1

*Original*

CM

| State of Alabama<br>Unified Judicial System<br><br>Form C-34      Rev. 4/2017 | **SUMMONS**<br>**-CIVIL-** | Court Case Number<br><br>CV-2017-218 |

**IN THE** ___CIRCUIT___ **COURT OF** ___TUSCALOOSA___ **COUNTY, ALABAMA**
_(Circuit, District, or Juvenile)_   _(Name of County)_

MELISSA RUSSELL _____ v. SYNCHRONY FINANCIAL, WALMART CO. ,
LOWES CO. AND BELK CO.
_[Name(s) of Plaintiff(s)]_   _[Name(s) of Defendant(s)]_

D2

**NOTICE TO:** Walmart Company c/o Doug McMillon, CEO/President  702 SW 8th Street Bentonville, AR 72716
_(Name and Address of Defendant)_

THE COMPLAINT  OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE  ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH  THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR  YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Melissa Russell _____ , WHOSE
_[Name(s) of Attorney(s)]_

ADDRESS(ES) IS/ARE: 19 41st Street East Tuscaloosa, AL 35405 _____

_[Address(es) of Plaintiff(s) or Attorney(s)]_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR  THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of Melissa Russell
_[Name(s)]_

pursuant to the Alabama Rules of Civil Procedure.

07 | 19 | 2017 _____ *Magaria H. Bobo* By: LA
_(Date)_   _(Signature of Clerk)_   _(Name)_

☐ Certified Mail is hereby requested.  _(Plaintiff's/Attorney's Signature)_

**ON SERVICE**

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at *www.usps.com®.*

OFFICIAL USE

ffice on _____
_(Date)_

Summons and Complaint or other document to _____

| Certified Mail Fee | | |
| $ | | |
| Extra Services & Fees (check box, add fee as appropriate) | | |
| ☐ Return Receipt (hardcopy) | $ _____ | |
| ☐ Return Receipt (electronic) | $ _____ | Postmark |
| ☐ Certified Mail Restricted Delivery | $ _____ | Here |
| ☐ Adult Signature Required | $ _____ | |
| ☐ Adult Signature Restricted Delivery | $ _____ | |

Summons &
Amended Complaint

D2

in _____ County,
_(Name of County)_

Postage
$

Total Postage and Fees
$ 7.00

Sent to Walmart Company

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

7016 0600 0000 0920 5527

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

_(Address of Server)_

_(Phone Number of Server)_



Original

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev. 4/2017 | **SUMMONS<br>-CIVIL-** | **Court Case Number**<br><br>CV-2017-218 |

**IN THE** _CIRCUIT_ **COURT OF** _TUSCALOOSA_ **COUNTY, ALABAMA**
 *(Circuit, District, or Juvenile)*          *(Name of County)*

MELISSA RUSSELL _____ **v.** SYNCHRONY FINANCIAL, WALMART CO. ,
                                         LOWES CO. AND BELK CO.
 **D3** *[Name(s) of Plaintiff(s)]*          *[Name(s) of Defendant(s)]*

**NOTICE TO:** Lowes Company c/o Robert Niblock, CEO/President 1000 Lowes Blvd Mooresville, NC 28117
                 *(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Melissa Russell _____, WHOSE
                                                    *[Name(s) of Attorney(s)]*
ADDRESS(ES) IS/ARE: 19 41st Street East Tuscaloosa, AL 35405 _____

_____
                          *[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

---

### TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of Melissa Russell ____
                                                                                     *(Name(s))*
pursuant to the Alabama Rules of Civil Procedure.

07/19/2017                    _Magaria H. Bobo_          By: _LA_
 *(Date)*                      *(Signature of Clerk)*          *(Name)*

---

☐ Certified Mail is hereby requested.                    _____
                                                         *(Plaintiff's/Attorney's Signature)*

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

**OFFICIAL USE**

Certified Mail Fee
$

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)          $
☐ Return Receipt (electronic)        $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required           $
☐ Adult Signature Restricted Delivery $

Postmark
Here

Summons &
Amended Complaint

D3

Postage
$

Total Postage and Fees
$ 7.00

Sent To  Lowes Company
Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

7016 0600 0000 4851 8219

**...N SERVICE**

...ce on _____.
                 *(Date)*

...ummons and Complaint or other document to _____

_____ in _____ County,
                    *(Name of County)*

_____
*(Address of Server)*

_____
*(Phone Number of Server)*

| State of Alabama<br>Unified Judicial System<br><br>Form C-34    Rev. 4/2017 | **SUMMONS<br>-CIVIL-** | **Court Case Number**<br><br>CV-2017-218 |
|---|---|---|

**IN THE** ___CIRCUIT___ **COURT OF** ___TUSCALOOSA___ **COUNTY, ALABAMA**
<br>_(Circuit, District, or Juvenile)_ _(Name of County)_

MELISSA RUSSELL _____ **v.** SYNCHRONY FINANCIAL, WALMART CO. ,
<br>LOWES CO. AND BELK CO.
<br>_[Names(s) of Plaintiff(s)]_ _[Names(s) of Defendant(s)]_

D4

**NOTICE TO:** Belk Company c/o Lisa Harper, CEO/President  2801 W Tyvola Road Charlotte, NC 28217
<br>_(Name and Address of Defendant)_

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Melissa Russell_____, WHOSE

ADDRESS(ES) IS/ARE:  19 41st Street East Tuscaloosa, AL 35405_____
<br>_[Address(es) of Plaintiff(s) or Attorney(s)]_

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN ___30___ DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

[ ] You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

[✓] Service by certified mail of this Summons is initiated upon the written request of Melissa Russell
<br>_[Name(s)]_

pursuant to the Alabama Rules of Civil Procedure.
<br>___07/19/2017___     _Magaria H. Bobo_  By: _LA_
<br>_(Date)_    _(Signature of Clerk)_    _(Name)_

[ ] Certified Mail is hereby requested.
<br>_(Plaintiff's/Attorney's Signature)_

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
_Domestic Mail Only_

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
<br>$
<br>Extra Services & Fees _(check box, add fee as appropriate)_
<br>[ ] Return Receipt (hardcopy)      $
<br>[ ] Return Receipt (electronic)    $
<br>[ ] Certified Mail Restricted Delivery  $
<br>[ ] Adult Signature Required       $
<br>[ ] Adult Signature Restricted Delivery  $
<br>Postage
<br>$
<br>Total Postage and Fees
<br>$ 7.00
<br>Sent To
<br>Belk Company
<br>Street and Apt. No., or PO Box No.
<br>City, State, ZIP+4

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7016 0600 0000 4851 8226

Postmark
Here

SUMMONS &
Amended Complaint

D4

---

**N SERVICE**

ice on_____
<br>_(Date)_

Summons and Complaint or other document to _____
<br>in _____County,
<br>_(Name of County)_
<br>_____.

_(Address of Server)_

_(Phone Number of Server)_

CM

Jul 19 2017 ... TUSCALOOSA COUNTY CIRCUIT CLERK 3:01



CN-17-218-JHE | SUMMONS

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: DS

Lowes Company
C/o Robert Niblock, CEO/President
1000 Lowes Blvd
Mooresville, NC 28117

9590 9402 1723 6074 0445 36

2. Article Number (Transfer from service label)

7016 0600 0000 4851 8219

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
7-24

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 1723 6024 0045 36

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

MAGARIA H. BOBO
CIRCUIT CLERK
714 GREENSBORO AVE. ROOM 214
TUSCALOOSA, AL 35401

CV-17-218  JHE / Summons

CV-17-218  SUMMONS / SHE

**SENDER:** *COMPLETE THIS SECTION*

■ Complete items 1, 2, and 3.

■ Print your name and address on the reverse
   so that we can return the card to you.

■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

1. Article Addressed to:  D001

Synchrony Financial
C/o Jonathan McHoner, Gen. Counsel
777 Long Ridge Road
Stamford, CT 06902

9590 9402 1723 6074 0445 05

2. Article Number *(Transfer from service label)*

7016 0600 0001 0826 5510

PS Form 3811, July 2015 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent
    ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

X

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ____ail
☐ ____ail Restricted Delivery
                              *(over 000)*

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted
   Delivery
☒ Return Receipt for
   Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation
   Restricted Delivery

Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 1723 6074 0445 05

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

MAGARIA H. BOBO
CIRCUIT CLERK
714 GREENSBORO AVE. ROOM 214
TUSCALOOSA, AL 35401

CV-17-218 Summons /TUE

2017 JUL 21   AM 11: 2

CV-2017-218 THE / SUMMONS

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: DI

Synchrony Financial
c/o Jonathan Mothner
777 Long Ridge Road
Stanford, CT 06902

9590 9402 1723 6074 0445 12

2. Article Number (Transfer from service label)

7016 0600 0000 4851 8233

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name)        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

2017 JUL 27  AM 10: 44

MAGARIA H. BOBO
CIRCUIT COURT
TUSCALOOSA COUNTY AL.

MAGARIA H. BOBO
CIRCUIT CLERK
714 GREENSBORO AVE. ROOM 210
TUSCALOOSA, AL  35401

CV-17-218  JHE / SUMMONS

USPS TRACKING#

9590 9402 1723 6074 0445 12

United States
Postal Service



AlaFile E-Notice

63-CV-2017-000218.00

Judge: JOHN HENRY ENGLAND JR

To:  RUSSELL MELISSA (PRO SE)
19 41ST STREET EAST
TUSCALOOSA, AL, 35405-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

MELISSA RUSSELL VS SYNCHRONY FINANCIAL
63-CV-2017-000218.00

The following matter was served on 7/27/2017

**D001 SYNCHRONY FINANCIAL**

**Corresponding To**

CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

CN-17-216 JHC / Summons

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: D4

VUK Company
c/o Lisa Harper, CEO/President
2801 W Tyvola Road
Marlotte, NC 28217

9590 9402 1723 6074 7613 03

2. Article Number (Transfer from service label)

7016 0600 0000 4851 8226

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

2011 JUL 27   AM 10: 43

MAGARIA H. BOBO
CIRCUIT CLERK
TUSCALOOSA COUNTY AL.

* Sender: Please print your name, address, and ZIP+4® in this box®

MAGARIA H. BOBO
CIRCUIT CLERK
714 GREENSBORO AVE. ROOM 214
TUSCALOOSA, AL 35401

CV-17-218   The/Summons

USPS TRACKING #

9590 9402 1723 6074 7613 03

9550 9402 1723 6074 7613 03

United States
Postal Service



AlaFile E-Notice

63-CV-2017-000218.00

Judge: JOHN HENRY ENGLAND JR

To:  RUSSELL MELISSA (PRO SE)
     19 41ST STREET EAST
     TUSCALOOSA, AL, 35405-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

MELISSA RUSSELL VS SYNCHRONY FINANCIAL
63-CV-2017-000218.00

The following matter was served on 7/27/2017

**D004 BELK COMPANY**

**Corresponding To**

CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: D2

Walmart Company
c/o Doug McMillon, CEO/President
702 SW 8th Street
Bentonville, AR 72716

9590 9402 1723 6074 0445 43

7016 0600 0001 8726 5527

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Brett R Foltz_
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Brett R Foltz   JUL 24 2017

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise

 all Restricted Delivery

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

USPS TRACKING #

9590 9402 1723 6074 0445 43

United States
Postal Service

• Sender: Please print your name, address and ZIP+4® in this box•

2017 JUL 27    AM 10: 43

MAGARIA H. BOBO
CIRCUIT COURT
TUSCALOOSA COUNTY AL.

MAGARIA H. BOBO
CIRCUIT CLERK
714 GREENSBORO AVE. ROOM 210.
TUSCALOOSA, AL 35401

CN-17-218  JHc  SUMMONS



AlaFile E-Notice

63-CV-2017-000218.00

Judge: JOHN HENRY ENGLAND JR

To:  RUSSELL MELISSA (PRO SE)
     19 41ST STREET EAST
     TUSCALOOSA, AL, 35405-0000

---

# NOTICE OF SERVICE

---

IN THE CIRCUIT COURT OF TUSCALOOSA COUNTY, ALABAMA

MELISSA RUSSELL VS SYNCHRONY FINANCIAL
63-CV-2017-000218.00

The following matter was served on 7/24/2017

**D002 WALMART COMPANY**

**Corresponding To**

CERTIFIED MAIL

MAGARIA HAMNER BOBO
CIRCUIT COURT CLERK
TUSCALOOSA COUNTY, ALABAMA
714 GREENSBORO AVENUE
TUSCALOOSA, AL, 35401

205-349-3870
magaria.bobo@alacourt.gov